**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY SHAW-YAU CHANG<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.<br><br>Defendants | Case No.: C-04-0125 JSW (E-FILE)<br><br>[~~PROPOSED~~] SIXTH STIPULATED ORDER CONTINUING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE<br><br>Current Hearing Date: May 20, 2005 |

WHEREAS, Defendant Twin City Fire Insurance Company ("Twin City") has filed a Motion to Dismiss Plaintiff's Complaint, the hearing on which is currently scheduled for hearing on May 20, 2005; and

WHEREAS Magistrate Larson issued an ADR Scheduling Order on January 9, 2004; and

WHEREAS, the Court has scheduled the Initial Case Management Conference for May 20, 2005; and

WHEREAS, the parties have been engaged in an ongoing mediation before Judge Daniel Weinstein, ret. and in lengthy further negotiations over the documentation of a

1

[~~PROPOSED~~] SIXTH AMENDED STIPULATED ORDER CONTINUING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C-04-0125 JSW (E-FILE)

settlement in principle that has now been funded and, on April 27, 2005, was documented in signed Stipulations of Settlement and signed Releases; and

WHEREAS, the settlement involves resolution of a proposed class action under the Federal securities laws that requires court approval, and is further conditioned on issuance of a court finding that the settlement is in "good faith" and that cross-claims arising out of the settled litigation are barred; and

WHEREAS, the necessary motions will be filed before Judge ~~Breyer~~ of the U.S. District Court, Northern District of California, within the next ten days; and

WHEREAS, the parties wish to avoid further costs of litigation while awaiting the outcome of these motions and passage of the applicable deadlines for appeal; and

WHEREAS, the parties therefore wish to continue the hearing on Twin City's Motion to Dismiss, and the Initial Case Management Conference, 120 days from May 20, 2005, or as soon thereafter as the Court's calendar may permit; and

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED that the hearing on Twin City's Motion to Dismiss, and the Initial Case Management Conference, are continued to  September 23, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that the parties' opposing and reply papers respecting Twin City's Motion to dismiss shall be due 21 and 14 calendar days prior to the continued hearing, respectively;

IT IS FURTHER ORDERED: that the parties' last day to:

(a) File the Joint ADR Certification with Stipulation to ADR process, or Notice of Need for ADR Phone Conference shall be 21 days before the Initial Case Management Conference;

(b) Meet and Confer re Initial Disclosures and Rule 26(f) Report shall be 21 days before the Initial Case Management Conference;

(c) Complete Initial Disclosures or State Objections in Rule 26(f) Report and file and serve Rule 26(f) Report shall be 7 days before the Initial Case Management Conference; and

(d) File a Case Management Conference Statement shall be 7 days before the Initial Case Management Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 29, 2005         /s/ Jeffrey S. White
_____

JEFFREY S. WHITE
United States District Court Judge

**SO STIPULATED.**

Dated: April 29, 2005          DON A. LESSER & ASSOCIATES


By: ____/s/_____
    DON A. LESSER
    Attorneys for Plaintiff

Dated: April 29, 2005          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: ____/s/_____
    KATHY M. SARRIA
    Attorneys for National Union Fire Insurance Co.

Dated: April 29, 2005          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: ____/s/_____
    KATHY M. SARRIA
    Attorneys for New Hampshire Company incorrectly
    sued as Certain Underwriters at Lloyd's London

Dated: April 29, 2005          LEWIS BRISBOIS BISGAARD & SMITH LLP


By: ____/s/_____
    ROBERT A. WOOTEN, JR.
    MICHAEL K. JOHNSON
    Attorneys for Royal Insurance Company of America

3

[~~PROPOSED~~] SIXTH AMENDED STIPULATED ORDER CONTINUING HEARING ON MOTION
TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C-04-0125 JSW (E-FILE)

Dated: April 29, 2005  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ____/s/_____
KATHERINE S. CATLOS
Attorneys for St. Paul Mercury Insurance Co.

Dated: April 29, 2005  DUANE MORRIS LLP

By: ____/s/_____
STEPHEN SUTRO
Attorneys for Twin City Fire Insurance Company

Dated: April 29, 2005  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: ____/s/_____
BRUCE D. CELEBREZZE
LAURA GOODMAN
Attorneys for Certain Underwriters at Lloyd's London

Dated: April 29, 2005  TUCKER ELLIS & WEST LLP

By: ____/s/_____
ALEC H. BOYD
Attorneys for TIG Specialty Insurance
Company of Michigan