1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY SHAW-YAU CHANG,<br><br>        Plaintiff,<br><br>   vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.<br><br>        Defendants | Case No.: C-04-0125 JSW (E-FILE)<br><br>**[~~PROPOSED~~] SEVENTH STIPULATED ORDER CONTINUING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current Hearing Date: September 23, 2005 |

WHEREAS, Defendant Twin City Fire Insurance Company ("Twin City") has filed a Motion to Dismiss Plaintiff's Complaint, the hearing on which is currently scheduled for hearing on September 23, 2005; and

WHEREAS Magistrate Larson issued an ADR Scheduling Order on January 9, 2004; and

WHEREAS, the parties have been engaged in an ongoing mediation before Judge Daniel Weinstein, ret. and in lengthy further negotiations over the documentation of a settlement in principle that has now been funded and, on April 27, 2005, was documented in signed Stipulations of Settlement and signed Releases; and

1

1     WHEREAS, the court has found that the settlement, which involves resolution of a
2 proposed class action under the Federal securities laws that requires court approval, was
3 entered into in "good faith" and that cross-claims arising out of the settled litigation are
4 barred; and

5     WHEREAS, all the remaining terms and conditions of the settlement have been
6 completed, except for the filing of dismissals in the related derivative cases, filed in the
7 U.S. District Court of Delaware; and

8     WHEREAS, the parties wish to avoid further costs of litigation while awaiting the
9 filing of these related dismissals; and

10     WHEREAS, the parties therefore wish to continue the hearing on Twin City's
11 Motion to Dismiss, and the Initial Case Management Conference, 45 days from September
12 23, 2005, or as soon thereafter as the Court's calendar may permit; and

13     Based on the parties' stipulation, and good cause appearing,

14     IT IS ORDERED that the hearing on Twin City's Motion to Dismiss, and the
15 Initial Case Management Conference, are continued to <u>December 2, 2005 at 9:00</u> a.m.

16     IT IS FURTHER ORDERED that the parties' opposing and reply papers
17 respecting Twin City's Motion to dismiss shall be due 21 and 14 calendar days prior to the
18 continued hearing, respectively;

19     IT IS FURTHER ORDERED: that the parties' last day to:

20     (a) File the Joint ADR Certification with Stipulation to ADR process, or Notice
21     of Need for ADR Phone Conference shall be 21 days before the Initial Case
22     Management Conference;

23     (b) Meet and Confer re Initial Disclosures and Rule 26(f) Report shall be 21
24     days before the Initial Case Management Conference;

25     (c) Complete Initial Disclosures or State Objections in Rule 26(f) Report and
26     file and serve Rule 26(f) Report shall be 7 days before the Initial Case
27     Management Conference; and

28

[PROPOSED] SEVENTH STIPULATED ORDER CONTINUING HEARING ON MOTION TO
DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C-04-0125 JSW (E-FILE)

1     (d) File a Case Management Conference Statement shall be 7 days before the
2 Initial Case Management Conference.
3     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 DATED: September 6, 2005     _/s/ Jeffrey S. White_
5
6     JEFFREY S. WHITE
    United States District Court Judge
7     by Hon. Phyllis J. Hamilton
8 **SO STIPULATED.**

9 Dated: August 31, 2005     DON A. LESSER & ASSOCIATES
10
11     By: ____/s/_____
12         DON A. LESSER
        Attorneys for Plaintiff

13 Dated: August 31, 2005     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
14
15     By: ____/s/_____
16         KATHY M. SARRIA
        Attorneys for National Union Fire Insurance Co.
17
18 Dated: August 31, 2005     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
19
20     By: ____/s/_____
21         KATHY M. SARRIA
        Attorneys for New Hampshire Company incorrectly
22         sued as Certain Underwriters at Lloyd's London

23 Dated: August 31, 2005     LEWIS BRISBOIS BISGAARD & SMITH LLP
24
25     By: ____/s/_____
26         ROBERT A. WOOTEN, JR.
        MICHAEL K. JOHNSON
27         Attorneys for Royal Insurance Company of America
28

Case 3:04-cv-00125-JSW Document 467 Filed 09/07/2005 Page 3 of 4

3

[PROPOSED] SEVENTH STIPULATED ORDER CONTINUING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C-04-0125 JSW (E-FILE)

| | | |
|---|---|---|
| 1 | Dated: August 31, 2005 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: \_\_\_\_/s/_____
    KATHERINE S. CATLOS
    Attorneys for St. Paul Mercury Insurance Co.

Dated: August 31, 2005                      DUANE MORRIS LLP

By: \_\_\_\_/s/_____
    STEPHEN SUTRO
    Attorneys for Twin City Fire Insurance Company

Dated: August 31, 2005                      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: \_\_\_\_/s/_____
    BRUCE D. CELEBREZZE
    LAURA GOODMAN
    Attorneys for Certain Underwriters at Lloyd's London

Dated: August 31, 2005                      TUCKER ELLIS & WEST LLP

By: \_\_\_\_/s/_____
    ALEC H. BOYD
    Attorneys for TIG Specialty Insurance
    Company of Michigan

[PROPOSED] SEVENTH STIPULATED ORDER CONTINUING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C-04-0125 JSW (E-FILE)