UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SHAW-YAU CHANG | ) Case No.: C-04-0125 JSW (E-FILE) |
| Plaintiff, | ) **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | ) Federal Rule of Civil Procedure 41(a) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al. | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses and attorneys' fees.

**SO STIPULATED.**

Dated: November 2, 2005        DON A. LESSER & ASSOCIATES


By: ____/s/_____
   DON A. LESSER
   Attorneys for Plaintiff

1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
CASE NO. C-04-0125 JSW (E-FILE)

| | | |
|---|---|---|
| 1 | Dated: November 2, 2005 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 2 | | |
| 3 | | By: ____/s/_____ |
| 4 | | KATHY M. SARRIA<br>Attorneys for National Union Fire Insurance Co. |
| 5 | Dated: November 2, 2005 | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 6 | | |
| 7 | | By: ____/s/_____ |
| 8 | | KATHY M. SARRIA<br>Attorneys for New Hampshire Company incorrectly sued as Certain Underwriters at Lloyd's London |
| 9 | | |
| 10 | Dated: November 2, 2005 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 11 | | |
| 12 | | By: ____/s/_____ |
| 13 | | ROBERT A. WOOTEN, JR.<br>MICHAEL K. JOHNSON<br>Attorneys for Royal Insurance Company of America |
| 14 | | |
| 15 | Dated: November 2, 2005 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 16 | | |
| 17 | | By: ____/s/_____ |
| 18 | | KATHERINE S. CATLOS<br>Attorneys for St. Paul Mercury Insurance Co. |
| 19 | Dated: November 2, 2005 | DUANE MORRIS LLP |
| 20 | | |
| 21 | | By: ____/s/_____ |
| 22 | | STEPHEN SUTRO<br>Attorneys for Twin City Fire Insurance Company |
| 23 | | |
| 24 | Dated: November 2, 2005 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 25 | | |
| 26 | | By: ____/s/_____ |
| 27 | | BRUCE D. CELEBREZZE<br>LAURA GOODMAN<br>Attorneys for Certain Underwriters at Lloyd's London |
| 28 | | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
CASE NO. C-04-0125 JSW (E-FILE)

Dated: November 2, 2005         TUCKER ELLIS & WEST LLP


                                By: ____/s/_____
                                    ALEC H. BOYD
                                    Attorneys for TIG Specialty Insurance
                                    Company of Michigan

IT IS SO ORDERED.


DATED: November 2, 2005         _____
                                THE HONORABLE JEFFREY S. WHITE
                                United States District Court Judge

3
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
CASE NO. C-04-0125 JSW (E-FILE)