IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 04-0125 VRW |
| Plaintiff | ORDER |
| v | |
| RELIANT ENERGY SERVICES, INC, et al, | |
| Defendants. | |

Defendants' request to continue the scheduled trial date [Doc #280] is DENIED. Trial will begin on Monday, March 12, 2007 at 8:30 am.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge